**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CA-0530

Larry Sylvester Cola, Jr.

- - Versus - -

Tonya Leatherman Cola

Family Court of East Baton Rouge
Case #: 212604
East Baton Rouge Parish

On Application for Rehearing filed on 01/10/2020 by Tonya Leatherman Cola
Rehearing     **DENIED**

_____
Toni Manning Higginbotham

_____
Allison H. Penzato

_____
Walter I. Lanier

Date   JAN 2 3 2020

_____
Rodd Naquin, Clerk